ACCEPTED
04-15-00588-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/24/2015 5:09:08 PM
KEITH HOTTLE
CLERK



**MUNSCH HARDT**
**KOPF & HARR** PC
ATTORNEYS & COUNSELORS
DALLAS | HOUSTON | AUSTIN

500 N. Akard Street
Suite 3800
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
munsch.com

Direct Dial 214.855.7579
Direct Fax 214.978.5373
egibson@munsch.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/24/2015 5:09:08 PM
KEITH E. HOTTLE
Clerk

September 24, 2015

***Via E-Filing***
Mr. Richey Gentry, Court Reporter
81st District Court of Atascosa County, Texas
1 Courthouse Circle Drive
Jourdanton, TX 78026

Re:     Request for Reporter's Record in *J. G. Wentworth Originations, LLC v. J. LeRoy*, cause
        No. 15-01-0043-CVA in the 81st District Court of Atascosa County, Texas

Dear Mr. Gentry,

TransAmerica Life Insurance Company is appealing by way of restricted appeal the judgment in the above case to the Court of Appeals for the Fourth District of Texas at San Antonio. TransAmerica Life Insurance Company filed its Notice of Appeal on September 16, 2015.

It is understood that it is unknown at the present time whether the hearings leading to the orders of February 25, 2015 and/or April 15, 2015, were reported. It is our understanding that you will be reviewing your records to determine what, if anything, was reported in connection with the above-referenced matter. However, so that we do not delay the perfection of the appeal, this is written to formally request in accordance with Texas Rule of Appellate Procedure 34.6, that you prepared the complete reporter's record to the extent available of all proceedings in the above-referenced cause. In the event that there is no reporter's record available, it would be appreciated if that fact could be certified and submitted to the court of appeals.

By "complete record" TransAmerica Life Insurance means one that contains, to the extent available at all, all testimony from all of the witnesses, all discussion during trial between the judge and the attorneys, all bench conferences and conferences outside the presence of the jury, all exhibits, and all bills of exceptions.

Please include in the reporter's record all of the following:

1.      The attorneys' opening statements;

2.      The attorneys' closing arguments;

3.      The testimony of witnesses at trial and all recorded proceedings during trial including but not limited to the charge conference and objections as well as all recorded hearings out of the presence of the jury;

4.    All post-trial hearings;

5.    All exhibits admitted or offered; and

6.    the court reporter's log of all the recorded proceedings.

Please let me know at your earliest convenience your charge for the services requested so that you can be paid for them in advance. If you have any questions or concerns about this request, please do not hesitate to let me know of them. Thanking you for your attention to this request, I am

Very truly yours,

Stephen Gibson

JSG:end

cc:    via e-file:
Margaret Littleton
Atascosa District Clerk
1 Courthouse Circle Dr.
Jourdanton, TX 78026

Via email:
Earl S. Nesbitt enesbitt@nvmlaw.com
David Vassar dvassar@nvmlaw.com
Patrick P. Sicotte psicotte@nvmlaw.com
Nesbitt, Vassar & McCown, LLP
15851 Dallas Parkway, Suite 800
Addison, TX 75001

Via first class mail:
James Le Roy
3980 Eichuman Road
Poteet, TX 78065

Via e-file:
Fourth Court of Appeals
Attn: Court Clerk
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205